# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>                    Plaintiff,<br><br>       v.<br><br>F. GONZALEZ, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:10-cv-01931-AWI-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION TO DISMISS; DENYING PLAINTIFF'S MOTION FOR SANCTIONS; AND STRIKING PLAINTIFF'S COUNTER MOTION<br><br>(Doc. Nos. 41, 51, 52, 56)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Paul Montanez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice that any objection to the Findings and Recommendations was to be filed within thirty days. More than thirty days have passed and on objection to the Findings and Recommendations has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 22, 2012, is adopted in full;
2. Defendant's Motion to Dismiss (Doc. 41), filed June 11, 2012, is DENIED;
3. Plaintiff's Motion for Sanctions (Doc. 51), filed September 4, 2012, is DENIED;
4. Plaintiff's Counter Motion (Doc. 52), filed September 4, 2012, is STRICKEN FROM THE RECORD; and
5. Within thirty days from the date of service of this Order, Defendant shall file an answer to the second amended complaint.

IT IS SO ORDERED.

Dated:   December 5, 2012

UNITED STATES DISTRICT JUDGE

2