# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>F. GONZALEZ, et al.,<br><br>    Defendants. | CASE NO. 1:10-cv-01931-AWI-BAM PC<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER<br><br>(ECF No. 60) |

   Plaintiff Paul Montanez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the second amended complaint against Defendant Grimm for deliberate indifference to medical needs in violation of the Eighth Amendment and medical malpractice under state law. On December 24, 2012, Defendant Grimm filed an answer to the second amended complaint. On January 16, 2013, Plaintiff filed a reply to Defendant Grimm's answer. (ECF No. 60.)

   In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not ordered a reply to Defendant Grimm's answer and declines to make such an order. Accordingly, Plaintiff's reply to the answer is HEREBY STRICKEN from the record.

   IT IS SO ORDERED.

   Dated:   **January 22, 2013**         /s/ **Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE

1