# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>        Plaintiff,<br>v.<br><br>F. GONZALEZ, et al.,<br><br>        Defendants.    / | CASE NO. 1:10-cv-01931-AWI-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTIONS FOR ACCESS TO THE LAW LIBRARY<br>(ECF Nos. 61, 63) |

    Plaintiff Paul Montanez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 22, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for law library access be denied. The Findings and Recommendations, which were served on Plaintiff, contained notice that any objections to the Findings and Recommendations must be filed within thirty days. Plaintiff did not file timely objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations dated January 22, 2013, are adopted in full; and

    2.    Plaintiff's motion for law library access is DENIED.

IT IS SO ORDERED.

Dated:   March 26, 2013                     /s/ [signature]
                                                           SENIOR DISTRICT JUDGE