UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>F. GONZALEZ, et al.,<br><br>            Defendants. | Case No.: 1:10-cv-01931-AWI-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO AMEND<br><br>(ECF No. 68) |

Plaintiff Paul Montanez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Grimm for deliberate indifference to medical needs in violation of the Eighth Amendment. On July 5, 2013, Plaintiff filed a motion to amend his complaint. (ECF No. 68.) Plaintiff also lodged his proposed third amended complaint. (ECF No. 69.) To date, Defendant Grimm has not filed a response to Plaintiff's motion to amend. Accordingly, Defendants are HEREBY ORDERED to file an opposition or a statement of non-opposition to the pending motion to amend within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

Dated:   **August 12, 2013**             /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

1