UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ, | ) Case No.: 1:10-cv-01931-AWI-BAM (PC) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION IN |
| v. | ) LIMINE WITHOUT PREJUDICE (ECF No. 81) |
| F. GONZALEZ, et al., | ) ORDER DENYING PLAINTIFF'S REQUEST FOR |
| | ) COURT ORDER DIRECTING SERVICE OF |
| Defendant. | ) WITNESS SUBPOENAS WITHOUT PREJUDICE |
| | ) (ECF No. 85) |

Plaintiff Paul Montanez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Grimm for deliberate indifference to medical needs in violation of the Eighth Amendment and medical malpractice under state law.

On October 31, 2013, Plaintiff filed a motion in limine to exclude certain evidence from trial. (ECF No. 81.) Subsequently, on November 12, 2013, Plaintiff filed a motion requesting a court order directing service of certain witness subpoenas for trial. (ECF No. 85.)

Plaintiff's motions are premature. The deadline for filing dispositive motions has not passed and this action has not been set for trial. If the matter is set for trial, then the Court will set forth deadlines and procedures for securing the attendance of witnesses at trial and deadlines for the filing of any motions in limine. Accordingly, Plaintiff's motions are HEREBY DENIED without prejudice.

1

1  Plaintiff's motions may be re-filed in accordance with the Court's deadlines and procedures if this
2  action is set for trial.

4  IT IS SO ORDERED.

    Dated:   **November 18, 2013**        /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE