UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>F. GONZALEZ, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-01931-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION  (ECF Nos. 78, 89) |

    Plaintiff Paul Montanez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Grimm for deliberate indifference to medical needs in violation of the Eighth Amendment.

    On November 15, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion requesting a temporary restraining order and preliminary injunction to ensure that he receives proper medical care during litigation of this action be denied.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections must be filed within thirty days.  More than thirty days have passed and Plaintiff has not filed any objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued November 15, 2013, are adopted in full; and

2. Plaintiff's motion for temporary restraining order and preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated: January 10, 2014

_____
SENIOR DISTRICT JUDGE

2